IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gregory E. Fitch, Jr., | : | |
| Plaintiff | : | Civil Action 2:06-cv-00940 |
| v. | : | Judge Frost |
| Sheriff Randy Thorp, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Gregory E. Fitch, Jr., a state prisoner, brings this action alleging that defendants violated his constitutional rights by being indifferent to his medical needs while he was held at the Licking County Justice Center. This matter is before the Court on Magistrate Judge Abel's May 31, 2007 Report and Recommendation that defendants' February 2, 2007 motion for summary judgment (doc. 8). No objections have been filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** defendants February 2, 2007 motion for summary judgment.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants. This action is hereby **DISMISSED.**

    /s/   Gregory L. Frost
Gregory L. Frost
United States District Judge